1  WILLIAM T. BANDETTINI (SBN 349228)
   **THE VEEN FIRM LLP**
2  20 Haight Street
   San Francisco, California 94102
3  Tel: (415) 673-4800
   Fax: (415) 771-5845
4  al.team@veenfirm.com

5  ATTORNEYS FOR PLAINTIFFS
   VALERIE RASKIN and NEIL RASKIN,
6
   ALICIA J. DONAHUE (SBN 117412)
7  adonahue@shb.com
   **SHOOK, HARDY & BACON L.L.P.**
8  555 Mission Street, Suite 2300
   San Francisco, California 94105
9  Telephone: (415) 544-1900
   Facsimile: (415) 391-0281
10
   ATTORNEYS FOR DEFENDANTS
11 BAUSCH & LOMB, INC.; WALGREENS;
   WALGREENS BOOTS ALLIANCE, INC
12 *(Additional Attorneys on signature)*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| VALERIE RASKIN and NEIL RASKIN, | CASE NO. 3:24-cv-04879-AMO |
|---|---|
| Plaintiffs, | **JOINT REQUEST TO APPEAR AT THE DECEMBER 19, 2024, INITIAL CASE MANAGEMENT CONFERENCE BY REMOTE VIDEO CONFERENCE** |
| v. | |
| BAUSCH & LOMB, INC.; DOES 1 – 100, inclusive, | Date:   December 19, 2024<br>Time:   10:00 a.m.<br>Judge:  Hon. Araceli Martinez-Olguin<br>Courtroom: 10 |
| Defendants. | |

### JOINT REQUEST FOR REMOTE APPEARANCE

Pursuant to the Standing Order for Civil Cases before Honorable Araceli Martinez-Olguin of the Northern District of California, Plaintiffs Valerie Raskin, Neil Raskin, and Defendants BAUSCH & LOMB INCORPORATED (incorrectly identified as "Bausch & Lomb, Inc."), WALGREEN CO. (incorrectly identified as "Walgreens"), and WALGREENS BOOTS

-1-
**JOINT REQUEST TO APPEAR BY REMOTE VIDEO CONFERENCE**

1  ALLIANCE, INC. (the "Parties") hereby jointly request that the Court allow counsel to appear via
2  Zoom for the Initial Case Management Conference in this case on December 19, 2024.
3      The Parties seek permission to appear virtually due to considerations of travel time and
4  expense. Defendants counsel will be out of town at the time of this hearing in order to attend a
5  deposition.
6      Pursuant to Local Rule 5–1(i), the filer of this document attests that the other Signatory of
7  this document has concurred with the filing of this document.

DATED: December 12, 2024          THE VEEN FIRM LLP

By:  _____/s/ William T. Bandettini_____
William T. Bandettini (SBN 349228)
Anthony L. Label (SBN 205920)
Steven A. Kronenberg (SBN 215541)
Shounak S. Dharap (SBN 311557)
Robert C. Foss (SBN 275489)
Katherine A. Rabago (SBN 333374)

Attorneys for Plaintiffs VALERIE RASKIN and NEIL RASKIN

DATED:  December 12, 2024         SHOOK, HARDY & BACON L.L.P.

By:  _____/s/ Alicia J. Donahue_____
Alicia J. Donahue (SBN 117412)
Eric M. Anielak (admitted pro hac vice)
Madison M. Hatten (admitted pro hac vice)

Attorneys for Defendants BAUSCH & LOMB, INC.; WALGREENS; WALGREENS BOOTS ALLIANCE, INC